# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

DERRILL J. FUSSELL, et al.,

                    Petitioner(s),

      v.

PAMELA BONDI, et al.,

                    Respondent(s).

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER C25-1866-KKE

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT this case is DISMISSED with prejudice and without leave to amend.

Dated March 17, 2026.

                              Joshua C. Lewis
                              Clerk of Court


                              /s/ Kathleen Albert
                              Deputy Clerk