UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DERRILL J. FUSSELL, et al., | CASE NO. C25-1866-KKE |
| Petitioner(s), | ORDER DENYING AS MOOT MOTION TO FILE UNDER SEAL |
| v. | |
| PAMELA BONDI, et al., | |
| Respondent(s). | |

This matter comes before the Court on Petitioners' motion for leave to file documents under seal. Dkt. No. 22. The Court previously dismissed this case with prejudice and entered a final judgment. Dkt. Nos. 20, 21. On the same day the order of dismissal was filed, the Court received Petitioners' motion to seal in the mail, which was not docketed until after judgment was entered. Dkt. No. 22.

Because the case has been dismissed and is now closed, Petitioners' motion to seal is DENIED as moot (Dkt. No. 22). The Clerk is DIRECTED to strike the provisionally sealed document (Dkt. No. 24) from the docket.

Dated this 20th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING AS MOOT MOTION TO FILE UNDER SEAL - 1